ACCEPTED
12-15-00124-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/29/2015 3:02:15 PM
Pam Estes
CLERK

## NO. 12-15-00124-CR

**IN THE**

**TWELFTH COURT OF APPEALS**

**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/29/2015 3:02:15 PM
PAM ESTES
Clerk

---

**JOHN CONGLETON, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**MOTION TO
EXTEND TIME FOR FILING STATE'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, the State of Texas by and through her Assistant Criminal District Attorney, Brenda Cobble, and hereby requests an extension of the time period for the filing of the State's Brief and in support of same would show the court as follows:

1. Appellant's brief was filed with this honorable Court on September 23, 2015.

2. The State's Brief is due on or before October 23, 2015.

3. This is the State's first request for an extension.

4. This assistant district attorney was in trial the weeks of October 19th and 26th, 2015, in State v. Robbie Dudley and State v. Tom Henry Cary, respectively.

5. Due to the above circumstances, the undersigned was not able to complete the State's brief by the current due date. The undersigned is not seeking this extension for the

purposes of delay.

**WHEREFORE,** for the foregoing reasons, the State respectfully prays that this Honorable Court extend the time for filing the State's brief in this cause for 30 days making the due date December 1, 2015.

Respectfully submitted by,

**BRENDA COBBLE,**
**ASSISTANT DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#00796751**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Extend Time for filing State's

Brief has been sent by facsimile to James W. Huggler, Jr., Attorney for Appellant.

**BRENDA COBBLE,**
**ASSISTANT DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#00796751**

**THE STATE OF TEXAS** §
§
**COUNTY OF ANDERSON** §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **Brenda Cobble** who

states on oath that the facts contained in the State's Motion for Extension of Time to File Brief in

JOHN CONGLETON vs. The State of Texas, (Trial Court Cause Nos. 30906 in the Third Judicial

District Court of Anderson County), Case No. **12-15-00124-CR** in the Twelfth Court of Appeals,

Tyler, Texas are true and correct to the best of my knowledge.

**BRENDA COBBLE, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#00796751**

Given under my hand and seal of office this the 29th day of October, 2015.

**NOTARY PUBLIC**
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**

MY COMMISSION EXPIRES:     11/13/18     .